FILED by RAL D.C.
MAY 19 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20044-CR-HUCK

UNITED STATES OF AMERICA,

Plaintiff,

v.

RICARDO FIGUEREDO

Defendant.
_______________________________/

# WRIT OF EXECUTION

**TO UNITED STATES MARSHAL**

On September 18, 2009, an amended judgment was entered in the United States District Court for the Southern District of Florida, in favor of the United States of America, plaintiff, and against the defendant Ricardo Figueredo, his last known address is 1043 West 60 Street, Hialeah, FL 33012, the sum of $29,901,523.47.

**NOW, THEREFORE, YOU ARE HEREBY COMMANDED** to satisfy the judgment by levying on and selling all property in which defendant has a substantial nonexempt interest, and by executing upon the property described below:

**a) 2008 Mercedes-Benz S63 AMG VIN No. WDDNG77X38A147275**

**YOU ARE ALSO COMMANDED** to collect from the date hereof with your costs and expenses and make return of this writ within ninety days after the date of issuance if levy is not made, or, within ten days after the date of sale of property on which levy is made.

**YOU ARE FURTHER COMMANDED** that the levy and sale shall not exceed property reasonably equivalent in value to the aggregate amount of the judgment and cost.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of May, 2011.

STEVEN M. LARIMORE
CLERK OF COURT
UNITED STATES DISTRICT COURT

By: ______________________
Deputy Clerk